UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

Timothy Miller

19 CV 6891 CJS

Jury Trial Demanded: Yes_____ No_____

Name(s) of Plaintiff or Plaintiffs

-vs-

Remedy Intelligent Staffing
Kevin Nunez
Sam Ehteshami

DISCRIMINATION COMPLAINT
-CV-

Name of Defendant or Defendants

FILED
DEC 10 2019
UNITED STATES DISTRICT COURT
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT NY

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

*Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    NOTE: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

In addition to the federal claims indicated above, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.    My address is: _So Resolute Circle Apt. 21CB Rochester NY. 14601_

My telephone number is: _N/A_

2.    The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: _Remedy Staffing_

Number of employees: _4_

Address: _360 Monroe Ave. Rochester N.Y._

3.    (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____

Address: _____

**CLAIMS**

4.    I was first employed by the defendant on (date): _Interviewed 11/20/19_

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
12/4/17 _____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____ Denied of service _____ Lied to After I reported Discrimination _____

7. I believe that the defendant(s)

a. _____ Are still committing these acts against me.
b. _____ Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) _____

_____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is Did not _____
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): _____ Rochester N.Y _____

The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____. (**NOTE:** If it

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.   I am complaining in this action of the following types of actions by the defendants:

    a. _____   Failure to provide me with reasonable accommodations to the application process

    b. _____   Failure to employ me

    c. _____   Termination of my employment

    d. _____   Failure to promote me

    e. _____   Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____   Harassment on the basis of my sex

    g. _____   Harassment on the basis of unequal terms and conditions of my employment

    h. _____   Retaliation because I complained about discrimination or harassment directed toward me

    i. _____   Retaliation because I complained about discrimination or harassment directed toward others

    j. _____   Other actions (please describe) _____
_____
_____

14.   Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. _____ Race

    b. _____ Color

    c. _____ Sex

    d. _____ Religion

    e. _____ National Origin

    f. _____ Sexual Harassment

    g. _____ Age
    _____ Date of birth

    h. ____✓____ Disability
    Are you incorrectly perceived as being disabled by your employer?
    __✓__ yes ____ no

15.   I believe that I was ___✓___/was not _____ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are _____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
_____ **has not** issued a Right to sue letter
_____ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

Company Denied me of service while ON the Contrast to others I will never work for Employer in to Employer I Trash Email Address After I was to they Cant Email me anything By Lying Shows Direct Discrimination Violation 14th Amendment n Denial of Service

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
_____ 60 days or more have elapsed  _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 12/5/19

_____

Plaintiff's Signature

Civil Suit

Remedy Intelligent Staffing discriminated in violated Plaintiff Constitutional Rights under the 14th Amendment. According to U.S Constitution under 14th Amendment no state shall make or enforce any law that abridged the privileges or immunities of citizens of the United States (Remedy Intelligent Staffing claimed that they could not send me email to my address). On 11/20/2019 I was interviewed by Kevin Nunez. I requested from Kevin Nunez to send me an email that I was interviewed. I needed this email so I could show Career System Development Corporation and DHS that I was interviewed at Remedy Intelligent Staffing. I was told by Employer I would receive an email message about my interview. Prior to interview I had to do an online application at Remedy Intelligent Staffing in were told my appointment to be interview would be sent to email address.

Apparently, no email message about appointment date of interview was never received. I went to interview on 11/20/2019. When the interview was finished I ask Kevin Nunez to send me email address to metaphysical74@yahoo.com. Kevin had me to speak to another Employer who conveyed to me it was sent to my email address.

I check my email address in noticed they never sent me no email confirmation about my appointment in interview. I called Remedy Intelligent Staffing several times to speak to Kevin Nunez in was told he was busy (I never spoke to Kevin Nunez until 12/4/2019 around 11am and 12:10noon). While talking to Kevin Nunez he apologized in referred me to a Manager about email. I was told that Remedy Employees are not allowed to send anyone email consent that they were interview nor schedule to be interviewed.

While talking to Manager I explained to her that employers should not have told me they could not email. I told Manager that I was required by two companies to have some confirmation in that I needed evidence. The Manager told me should would email it to me on 12/4/2019 around 12noon. When I check my email inbox there was no email consent from Remedy Intelligent Staffing for the 4th time.

I decided to visit Remedy Intelligent Staffing on 12/4/2019. When I got there I spoke to Ida Diaz who told me Kevin Nunez would assist me. While waiting another Employer assisted me by asking what I needed. I explained to him that their Manager never sent me email consent for which she told me should did at 12noon on 12/4/2019 (only needed something in written, Faxed, or emailed that I filled out application in were interviewed). Sam Ehteshami (Client Partnership Specialist) claimed they were not authorized to send emails about job applicants or interview only if request is in writing from another company.

I explained to him that was not the case when I requested on several occasions. When I requested I was told it was something Remedy Intelligent staffing could do. I was told by Manager that she would email me what I requested. She lied which caused for me to speak to her in person but was unable to.

Sam Ehteshami stated if it was sent by a Manager then it should have been in my email Trash. I clearly stated to him why would I trash it when it was never sent by their company Employer (rather Kevin, Ida, or Manager). Sam told me if he could check my trash instead of Inbox just to see. I decided to show him there was nothing in the trash nor inbox. While waiting for Sam (who claimed he half to speak to someone to send me email consent) I heard Kevin Nunez tell bilingual men that I would never work. I did not complain because I knew I were being discriminated because in the past I was email about job from this company. Sam was in his office while he told his Employer that I trashed the email consent that they supposedly sent to me. Sam end up given me a letter that confirms I was interviewed. Sam retaliated by

telling his Employer that I trashed Remedy response (which would seem as if I was complaining for nothing) as if I had a disability mental problem. He lied about him requesting for I to look in the trash box instead of inbox. Sam Ehteshami, Manager Lady (who I spoke to), in Kevin Nunez denied me of service using deceptive intelligence to perceive me as mentally disabled in not in the right frame of mind since I supposedly trash the email consent from Remedy (that was never sent). The Employer denied me of service until I threatened them with a Law Suit for Denial of Service in Retaliation which is a direct violation of my Constitutional Rights under the 14thAmendment.  Sam Service me with a concern form while telling his Employer I trash the email consent that supposedly sent by Remedy Employer's.

Under the U.S Constitution it states no state should make or enforce any law which shall abridged the privileges or immunities of citizens of the United States (they lied about a simply email address, as if they were unable to send me email consent then disproven me of receiving email from Remedy as if I trash it).

Employer also retaliated by stating to their Employee that my application was before 2019, in I never came to their business to reapply. This shows direct discrimination in the reason why they never emailed me anything (Employer knew they never sent me anything but wanted me to check the trash box in my email account so it would be seen that we were looking in the trash caused I supposedly trashed what they supposedly sent).

This is direct violation of Plaintiff Constitutional Rights under 14th Amendment because they abridged a privilege by denying me of a consent form that they claimed they sent me, then continue to tell me there was no problem sending notices to my email while claiming I trashed it which is very confusing while stating I would never work for Remedy Intelligent Staffing (indirectly to other associates).

JS 44 (Rev. 08/18)    DEC 10 2019    **CIVIL COVER SHEET**    19 CV 6891 CJS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Timothy Miller

**DEFENDANTS** Kennedy Intelligent Staffing

**(b)** County of Residence of First Listed Plaintiff Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 30 Resolute Circle Apt.210B Rochester N.Y. 14621

Attorneys *(If Known)* 360 Monroe Ave Rochester N.Y. 14608

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____